# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 743 MAL 2014 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| THOMAS J. HYLAND, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.